IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK A. NISSIM,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., a business entity; FIRST AMERICAN TITLE COMPANY, a business entity; ATLANTIC BANCORP, a business entity; and NICHOLAS DUDUM, an individual,<br><br>    Defendants.<br>_____/ | No. C 12-01201 CW<br><br>ORDER RE: COURT CONNECTED MEDIATION |

    The Court, at the recommendation of its ADR unit, refers this case to court-connected mediation.  Mediation shall occur within 90 days from the date of this order.

Dated: 8/23/2012

                                    _____
                                    CLAUDIA WILKEN
                                    United States District Judge

cc: ADR