IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK A. NISSIM,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; FIRST AMERICAN TITLE COMPANY; ATLANTIC BANCORP; and NICHOLAS DUDUM,<br><br>    Defendants.<br>_____/ | No. C 12-1201 CW<br><br>ORDER VACATING BRIEFING SCHEDULE ON WELL FARGO'S SECOND MOTION TO DISMISS THE AMENDED COMPLAINT (Docket No. 39), MAINTAINING BRIEFING SCHEDULE ON FIRST AMERICAN'S MOTION TO DISMISS (Docket No. 37), VACATING HEARINGS AND ADDRESSING SERVICE UPON OTHER DEFENDANTS |

On March 9, 2012, Defendant Wells Fargo Bank, N.A. removed this action from the San Francisco Superior Court. Docket No. 1.

On April 6, 2012, Plaintiff Jack A. Nissim filed an amended complaint, adding as Defendants First American Title Company, Atlantic Bancorp and Nicholas Dudum. Docket No. 11. On April 20, 2012, Wells Fargo moved to dismiss Plaintiff's amended complaint. Docket No. 17. This motion is fully briefed. See Docket Nos. 25 and 27.

The Court previously vacated the hearing on Wells Fargo's motion to dismiss, noting that it would be reset if appropriate, and directed the parties to participate in Alternative Dispute Resolution (ADR) with the assistance of the court's ADR unit and report on their progress. Docket No. 31. On November 7, 2012, the mediator filed a certificate of mediation, noting that the

mediation process was complete and that the parties had not reached a settlement. Docket No. 36.

Because Wells Fargo's first motion to dismiss the amended complaint has already been fully briefed and remains pending, further briefing on Wells Fargo's second motion is not required at this time. Thus, the Court VACATES the briefing schedule on Wells Fargo's second motion. The Court MAINTAINS the briefing schedule on First American's motion to dismiss. However, Plaintiff need not repeat the same arguments already made in his opposition to Wells Fargo's first motion. The Court will resolve the three pending motions to dismiss on the papers and VACATES the hearings currently set for January 17, 2013 at 2:00 p.m.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve Defendants Atlantic Bancorp and Nicholas Dudum by August 6, 2012. Within seven days of the date of this Order, Plaintiff shall file proof of timely service upon these two Defendants or move for an extension of time for service and provide good cause in support thereof. Failure to do so will result in dismissal of his claims against these Defendants for failure to prosecute.

IT IS SO ORDERED.

Dated: 11/30/2012

CLAUDIA WILKEN
United States District Judge

2