```
Matthew Mellen (SBN: 233350)
Michael Mercado (SBN: 279256)
411 Borel Ave, Suite 230
San Mateo, California 94402
Telephone:   (650) 638-0120
Facsimile:   (650) 638-0125

Attorneys for Plaintiff
JACK A. NISSIM
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK A. NISSIM, an individual, | CASE NO.: 4:12-CV-01201-CW |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| WELLS FARGO BANK, N.A., a business entity; FIRST AMERICAN TITLE COMPANY, a business entity; ATLANTIC BANCORP, a business entity; NICHOLAS DUDUM, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The Court, having received Plaintiff's Notice of Dismissal filed November 7, 2012, hereby dismisses Defendants Atlantic Bancorp and Nicholas Dudum from United States District Court Case Number 4:12-CV-01201-CW.  Pursuant to Federal Rule of Civil Procedure 41(a)(1), this dismissal is without prejudice.

SO ORDERED

Dated: 12/13/2012

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER