|   |   |
|---|---|
| JACK A. NISSIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; FIRST AMERICAN TITLE COMPANY, a business entity; ATLANTIC BANCORP, a business entity; NICHOLAS DUDUM, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 4:12-CV-01201-CW<br><br>[Honorable Claudia Wilken]<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION OF WELLS FARGO RE: POTENTIALLY RELATED CASES (CIVIL LOCAL RULES 3-12 AND 7-11)** |
| This document also relates to:<br><br>JACK A. NISSIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:14-CV-01128-EDL<br><br>[The Honorable Elizabeth D. Laporte] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

The Court, having considered the Administrative Motion re Potentially Related Cases filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells

1  Fargo") pursuant to Civil Local Rules 3-12 and 7-11, the relevant pleadings and matters on file,
2  hereby GRANTS the motion.
3         IT IS SO ORDERED that the case entitled *Jack A. Nissim v. Wells Fargo Bank, et al.*
4  (4:12-cv-01201-CW) is related to *Jack A. Nissim v. Wells Fargo Bank, NA., et al.* (3:14-CV-
5  01128-EDL) and is assigned to the undersigned Judge.

7  Dated:  4/1/2014

8  HONORABLE CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING ADMINISTRATIVE MOTION OF WELLS FARGO RE: POTENTIALLY RELATED CASES (CIVIL LOCAL RULES 3-12 AND 7-11)**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System:**

*Counsel for Plaintiff:*

Matthew D. Mellon
Sarah Adelaars
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Tel:  (650) 638-0120 | Fax:  (650) 638-0125
mellenlaw@yahoo.com
sarah.adelaars@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on March 28, 2014.

| Marianne Mantoen | */s/ Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |